CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY, as Subrogee of FRANK JARNOT and Another, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 19.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.